IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

EUGENE RODNEY RODEBAUGH                                PETITIONER
Reg. # 18266-045

v.                           No. 2:13-cv-11-DPM

ANTHONY HAYNES, Warden,
FCI — Forrest City                                     RESPONDENT

## JUDGMENT

Rodebaugh's petition for a writ of habeas corpus is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

13 March 2013